AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Noah Ellis Telephone: (313) 500-8415

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Fernando Mariano GONZALEZ, a/k/a Ferando Mariano GONZALEZ

Case No. 26-mj-30409

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 6, 2024 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Noah Ellis, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: July 9, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Noah W. Ellis, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Deportation Officers, Special Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Fernando Mariano GONZALEZ, a/k/a Ferando Mariano GONZALEZ, which attests to the following:

2. GONZALEZ is a 28-year-old male, native and citizen of Mexico, who last entered the United States at an unknown place, on an unknown date without being admitted, inspected or paroled by an Immigration Officer.

3. On or about May 4, 2018, United States Customs and Border Protection (CBP) encountered GONZALEZ at the Douglas, Arizona, port of entry, after GONZALEZ applied for admission. GONZALEZ claimed to be a United States Citizen and presented CBP officers an Arizona identification card bearing the name Brandon Alexander Gonzalez. CBP officers noticed the subject's physical features did not match the physical features of the subject photographed on the identification card. During a sworn statement, GONZALEZ retracted his claim to United States Citizenship and stated his true and correct name is Fernando Mariano GONZALEZ. GONZALEZ also admitted to being a citizen of Mexico. CBP processed GONZALEZ as an Expedited Removal, pursuant to 235(b) of the Immigration and Nationality Act.

4. On May 4, 2018, CBP officers removed GONZALEZ from the United States to Mexico.

5. On or about May 8, 2018, United States Border Patrol (USBP) encountered GONZALEZ near Douglas, Arizona. GONZALEZ admitted to Border Patrol Agents to unlawfully entering the United States without inspection. USBP processed GONZALEZ as a reinstatement of prior deport order, pursuant to 241(a)(5) of the Immigration and Nationality Act and prosecuted GONZALEZ for Illegal Entry in violation of 8 U.S.C. §1325(a)(1).

6. On May 10, 2018, the United States District Court, District of Arizona, Tucson Division, convicted GONZALEZ of illegally entering the United States, in violation of 8 U.S.C. §1325(a)(1) and sentenced GONZALEZ to a term of confinement of 30 days with the Bureau of Prisons (BOP).

7. On or about July 21, 2018, Immigration and Customs Enforcement (ICE) removed GONZALEZ from the United States to Mexico.

8. On or about December 6, 2024, ICE received a biometric ACRIME hit from the River Rouge Police Department located in Wayne County, MI. The hit matched the subject's fingerprints and indicated to ICE that GONZALEZ had unlawfully reentered the United States. Furthermore, the information showed that GONZALEZ was arrested for sexual assault and assault excluding sexual.

9. On September 26, 2025, GONZALEZ was convicted in the Third Circuit Court of Wayne County, Michigan, of Child Sexually Abusive Activity, contrary to MCL 750.145C2. He was sentenced on October 17, 2025, to 10 to 20 years' incarceration.

10. GONZALEZ was transferred to the Michigan Department of Corrections (MDOC) to begin his sentence for Child Sexually Abusive Activity. ICE placed an immigration detainer, Form I-247A with MDOC.

11. GONZALEZ remains incarcerated with MDOC at Thumb Correctional Facility located in Lapeer, Michigan, and is eligible for early release on December 1, 2034.

12. Review of the Alien File (A# xxx xxx 198) for Fernando Mariano GONZALEZ and queries in Department of Homeland Security databases confirm no record exists of GONZALEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on July 21, 2018.

13. Based on the above information, I believe there is probable cause to conclude that Fernando Mariano GONZALEZ is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of

Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

Noah W. Ellis, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge
July 9, 2026